UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>MICHAEL SMITH,<br><br>                    Defendant. | Case No. 24-cr-504 (JGK)<br><br>**NOTICE OF APPEARANCE** |

TO:     Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that the undersigned, ANNA ESTEVAO of the firm Sher Tremonte LLP, hereby appears as counsel for Defendant Michael Smith in the above-captioned action.

Dated: New York, New York
       September 17, 2024

                              SHER TREMONTE LLP

                              By:  /s/ Anna Estevao
                                   Anna Estevao
                              90 Broad Street, 23rd Floor
                              New York, New York 10004
                              Tel.: (212) 202-2600
                              Fax: (212) 202-4156
                              E-mail: aestevao@shertremonte.com

                              *Counsel for Michael Smith*