UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

MICHAEL SMITH,
                Defendant.
-------------------------------------------------------------X

24 cr 504 (JGK)

**ORDER**

For the reasons stated on the record, bail for the defendant, Michael Smith, is set as follows:

A $500,000 personal recognizance bond, cosigned by two (2) financially responsible persons. The cosigners shall sign the bond by October 1, 2024. The defendant is subject to regular pretrial supervision as directed. Travel shall include the Southern and Eastern Districts of New York, as well as the states of New Jersey, South Carolina, North Carolina and Tennessee, as well as points in between for travel. The defendant shall have no contact with any known co-conspirators.

**SO ORDERED.**

                                                                        JOHN G. KOELTL
                                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          September 18, 2024