UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

MICHAEL SMITH,

    Defendant.

24-cr-504 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

Because a continuance is needed to assure the effective assistance of counsel, and because of the volume of discovery in this case, the Court prospectively excludes the time from today, **September 18, 2024,** until **January 13, 2025,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
           September 18, 2024

                                      John G. Koeltl
                                  United States District Judge