UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

               :

UNITED STATES OF AMERICA       :      **Waiver of Indictment**

               :

   - v. -              :

               :      S1 24 CR 504 (JGK)

MICHAEL SMITH,       :

               :

         Defendant.  :

               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

 

_____
MICHAEL SMITH
Defendant

_____
Witness

_____
JUSTINE ALETA HARRIS
ANNA MARIA ESTEVAO
NOELL TIN
EMILY DAMSGAARD GLADDEN
Counsel for Defendant

Dated: New York, New York
      March 19, 2026